October 23, 1908.) Action by Annie F. Kiesow, as administratrix, against the New York City Railway Company and another. C. F. Brown and J. J. Mahoney, for appellants. F. Moss, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Settle order on notice.

INGRAHAM, J., dissents as to New York Mail Company.

---

KILEY v. BROCKWAY et al. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by John J. Kiley against Edith Brockway, as executrix, etc., and others. No opinion. Motion denied.

---

KINLOCH PAINT CO., Respondent, v. HADDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the Kinloch Paint Company against Sam Hadden. No opinion. Judgment affirmed, with costs. New trial to be had in City Court of the city of Fulton on Tuesday, November 24, 1908, at 10 o'clock in the forenoon.

---

KINSEY, Respondent, v. MEANEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Russell L. Kinsey against John F. Meaney and others. No opinion. Judgment affirmed, with costs. See, also, 98 App. Div. 420, 90 N. Y. Supp. 327.

---

KIRK, Appellant, v. CRAMPTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by William B. Kirk against Anna S. Crampton and others.

PER CURIAM. Judgment modified, so as to provide that the plaintiff also, and his heirs and assigns forever, have an easement and a full and free right of way over the one-half of the premises held to belong to the defendant Nearing, and, as so modified, affirmed, without costs of this appeal to either party.

---

KISSAM, Appellant, v. UNITED STATES PRINTING CO. OF OHIO et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by William Kissam against the United States Printing Company of Ohio and others. No opinion. Judgment affirmed, with costs.

---

KNICKERBOCKER INV. CO. v. VOORHEES et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Knickerbocker Investment Company against Foster M. Voorhees and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 100 App. Div. 414, 91 N. Y. Supp. 816; 121 App. Div. 690, 106 N. Y. Supp. 455.

---

In re KNOLLIN. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) In the matter of the application of George B. Knollin, for a writ of mandamus.

PER CURIAM. Order affirmed, with costs, on the opinion of Andrews, J., in 112 N. Y. Supp. 332.

SPRING and KRUSE, JJ., dissent.

---

KONIG, Respondent, v. HECLA IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Pauline Konig, as administratrix, etc., of George Konig, deceased, against the Hecla Iron Works. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the delirium tremens of which the plaintiff's intestate died was caused by an excessive use of alcoholic liquor, and not by the injury which he received.

---

LAKE, Appellant, v. MONROE COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Thomas H. Lake against the county of Monroe. No opinion. Judgment affirmed, with costs.

---

In re LAKE SHORE & M. S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) In the matter of the application of the Lake Shore & Michigan Southern Railway Company for the appointment of commissioners, etc.

PER CURIAM. Order (53 Misc. Rep. 340, 103 N. Y. Supp. 294) reversed, report of commissioners set aside, and matter remitted to the Special Term for the appointment of new commissioners, without costs of this appeal to either party. Held that, in view of the affidavit made by Commissioner Dye, he was an improper person to have acted as commissioner.

---

LANTRY v. MEDE. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Francis J. Lantry against Albert Mede. No opinion. Motion granted, question certified. Order filed. See, also, 111 N. Y. Supp. 833.

---

LARKIN, Respondent, v. SHELDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by John D. Larkin against B. H. Sheldon. No opinion. Order (59 Misc. Rep. 406, 109 N. Y. Supp. 1105) affirmed, with $10 costs and disbursements.

---

In re LARNEY. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of Anna C. Larney. No opinion. Motion denied, on terms stated in order. Order filed.

---

In re LARNEY. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Anna C. Larney. No opinion. Order modified, so as to charge appellant with only one-half of the costs of the reference, and, as modified, affirmed, without costs. Settle order on notice.

---

LA RUE, Appellant, v. WHEELER, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Ac-

tion by Charles La Rue against Frederick J. Wheeler. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LATIMER, Respondent, v. DELAWARE, L. & W. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Alma Latimer, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

LEVY, Respondent, v. TOYODA et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Herman H. Levy against Henry Toyoda and others. No opinion. N. R. Lindheim, for appellants. C. Meyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEWIN, Respondent, v. MEYEROWITZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Harry Lewin against Michael Meyerowitz.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to plaintiff to plead over upon payment of the costs of the demurrer and of this appeal. Held, that the letter which constitutes the alleged libel is not libelous per se.

LINDENBORN v. VOGEL. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Solomon Lindenborn against Lillian B. Vogel. No opinion. Application granted. Order signed. See, also, 110 N. Y. Supp. 970.

LIPSCOMBE v. LANE. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Charles E. Lipscombe against Derick Lane. With this case has been consolidated in this court cases bearing titles as follows: Elizabeth McDermott v. Andress S. Floyd and others. Conrad J. Kellar v. Charles P. Faber. In re Benjamin Sanders. Annie Stanton, as administratrix, v. the New York Edison Company. No opinions. Motions granted, with $10 costs in each case. Orders filed.

LOESCHAUER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Catharine Loeschauer, as administratrix, etc., against the New York Central & Hudson River Railroad Company, impleaded with the city of North Tonawanda.

PER CURIAM. Judgment and ordered reversed, and new trial ordered, with costs to appellant to abide event.

McLENNAN, P. J., and WILLIAMS, J., vote for reversal on the ground that as matter of law the evidence fails to establish that the appellant was guilty of negligence which was the proximate cause of the accident, and also because the evidence fails to identify the deceased as the person who fell from the bridge.

KRUSE and ROBSON, JJ., vote for reversal on the ground that, although there is evidence upon which the jury might have found that the defendant was negligent, yet in view of the charge of the trial court, which became the law of the case, "that there is no evidence in the case that, even if there had been a guard rail there, it would have prevented the rider from falling into the river," the finding of the jury that the defendant was negligent cannot be sustained.

SPRING, J., dissents, and votes for affirmance.

LOGAN, Respondent, v. LOGAN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Elizabeth Logan against Andrew Logan. G. H. Taylor, Jr., for appellant. C. De H. Brower, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 125 App. Div. 724, 110 N. Y. Supp. 174.

LOVE et al., Appellants, v. GLOBE HAT MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Samuel Love and others against the Globe Hat Manufacturing Company. No opinion. Motion denied, without costs.

LOWING, Respondent, v. HOW, Appellant. (Supreme Court, Appellate Division, Fourth Department, November 11, 1908.) Action by Eliza S. Lowing, as devisee, etc., against Isabelle Lowing How, as executrix, etc. No opinion. Judgment affirmed, with costs.

LUONGO, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Raffael Luongo against Hyman Davis and others. G. H. Taylor, Jr., for appellant. H. G. Wiley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUST, Respondent, v. DRACHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Louis Lust against Hyman Drachman. No opinion. Judgment and order affirmed, with costs.

LYONS BEET SUGAR REFINING CO., Appellant, v. CALKINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by the Lyons Beet Sugar Refining Company against John F. Calkins. No opinion. Order affirmed, with $10 costs, upon appellant's default.

McCABE, Respondent, v. AMERICAN MAHOGANY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Henry J. McCabe against the American Mahogany Company. No opinion. Order affirmed, with $10 costs and disbursements.

McCLOSKEY, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department.